IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VOTO LATINO, ROSALINDA RAMOS ABUABARA, AKILAH BACY, ORLANDO FLORES, MARILENA GARZA, CECILIA GONZALES, AGUSTIN LOREDO, CINIA MONTOYA, ANA RAMON, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, ANGEL ULLOA, and MARY URIBE,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN SCOTT,<br>*in his official capacity as Texas Secretary of State*,<br>GREGORY WAYNE ABBOTT,<br>*in his official capacity as the Governor of Texas*,<br><br>        Defendants. | § § § § § § § § § § § § § § § § § § § § | 1:21-CV-965-RP |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of Texas congressional districts. United States District Court Judge Robert Pitman has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Pitman. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

> Judge Jerry E. Smith
> Circuit Judge
> United States Court of Appeals for the Fifth Circuit
>
> Judge Robert Pitman
> United States District Judge
> Western District of Texas
>
> Judge Jeffrey V. Brown
> United States District Judge
> Southern District of Texas

**SIGNED** on November 8, 2021

*Priscilla R. Owen*
PRISCILLA R. OWEN
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT