IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VOTO LATINO, ROSALINDA RAMOS ABUABARA, AKILAH BACY, ORLANDO FLORES, MARILENA GARZA, CECILIA GONZALES, AGUSTIN LOREDO, CINIA MONTOYA, ANA RAMON, JANA LYNNE SANCHEZ, JERRY SHAFER, DEBBIE LYNN SOLIS, ANGEL ULLOA, and MARY URIBE, | § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-965-RP |
| JOHN SCOTT, *in his official capacity as Texas Secretary of State*, and GREGORY WAYNE ABBOTT, *in his official capacity as the Governor of Texas*, | § § § § § § | |
| Defendants. | § § | |

**<u>AMENDED ORDER</u>**

On November 12, 2021, this Court ordered Defendants John Scott and Gregory Wayne Abbott ("Defendants") to respond to the Plaintiffs' Motion for Reconsideration, (Dkt. 14), by 12:00 p.m. noon on Wednesday, November 17, 2021. (Order, Dkt. 17). Yesterday, in *League of United Latin American Citizens et al. v. Abbott, et al.*, Plaintiffs filed an Opposition to Defendants' Motion to Consolidate. (3:21-cv-259, Dkt. 14).

The Court amends its order and directs the Defendants in this case to include a reply to Plaintiffs' opposition filed in *League of United Latin American Citizens et al. v. Abbott, et al.* To accommodate this additional piece, the Court gives Defendants additional time to file their response.

**IT IS ORDERED** that Defendants shall file their response, including their arguments in reply, by **2:00 p.m. tomorrow, November 17, 2021**.

**SIGNED** on November 16, 2021 on behalf of the Three-Judge Panel.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE