IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § | |
| Plaintiff, | § § § | |
| v. | § § § § | CAUSE NO. EP-21-CV-173-KC |
| THE STATE OF TEXAS and GREG ABBOTT, in his official capacity as Governor of the State of Texas, | § § § § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| ANNUNCIATION HOUSE; ANGRY TIAS & ABUELAS OF THE RIO GRANDE VALLEY; JENNIFER HARBURY; and FIEL HOUSTON, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CAUSE NO. EP-21-CV-178-KC |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas; and STEVEN MCCRAW, in his official capacity as Director of the State of Texas Department of Public Safety, | § § § § § § § § § | |
| Defendants. | § § | |

**ORDER**

On this day, the Court considered Defendant Greg Abbott's Unopposed Motion to Stay Trial Court Proceedings, ECF No. 86. On March 18, 2022, Defendant Abbott filed a Notice of

1

Appeal from this Court's February 18, 2022, Order granting in part and denying in part Defendants' Motion to Dismiss based on Abbott's assertion of sovereign immunity, ECF No. 85. Defendant Abbott argues that this Court is now divested of jurisdiction over the matters on appeal and that the claims remaining before this Court are inextricably intertwined with those on appeal. Mot. 2. As such, upon due consideration, the Motion is **GRANTED**. This matter is hereby **STAYED** pending resolution of Defendant Abbott's interlocutory appeal.

    **IT IS FURTHER ORDERED** that Defendant Abbott shall move to lift the stay within three days of entry of the Fifth Circuit's mandate.

    **SO ORDERED.**

    SIGNED this 21st day of March, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE